MARCH 27, 1978

No. 77–1100.  ILLINOIS STATE BOARD OF ELECTIONS v. SANG-MEISTER ET AL.  Appeal from C. A. 7th Cir. dismissed for want of jurisdiction.  Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 77–6162.  ADAMS v. MULDER ET AL.  Appeal from C. A. 5th Cir. dismissed for want of jurisdiction.  Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 77–5919.  RICHARDSON ET AL., EXECUTORS v. BLUMEN-THAL, SECRETARY OF THE TREASURY, ET AL.  Appeal from C. A. 2d Cir. dismissed for failure to file notice of appeal within the time provided by 28 U. S. C. § 2101 (a) and this Court's Rule 11.

No. A–739 (77–6178).  GARRETT v. UNITED STATES.  C. A. 9th Cir.  Application for stay, presented to MR. JUSTICE MARSHALL, and by him referred to the Court, denied.

No. A–754 (77–1293).  PETERSON v. UNITED STATES.  C. A. 7th Cir.  Application for stay, presented to MR. JUSTICE MARSHALL, and by him referred to the Court, denied.